**Serajul HAQUE, Appellant,**

v.

**USAID, Appellee.**

No. 15–5175.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 1, 2015.

Serajul Haque, Milpitas, CA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: HENDERSON and ROGERS, Circuit Judges, and GINSBURG, Senior Circuit Judge.

**Serajul HAQUE, Appellant,**

v.

**UNITED STATES of America, Appellee.**

No. 15–5188.

United States Court of Appeals,
District of Columbia Circuit.

Oct. 1, 2015.

Serajul Haque, Milpitas, CA, pro se.

R. Craig Lawrence, U.S. Attorney's Office, Washington, DC, for Appellee.

BEFORE: HENDERSON and ROGERS, Circuit Judges, and GINSBURG, Senior Circuit Judge.

### *JUDGMENT*

PER CURIAM.

This appeal was considered on the record from the United States District Court for the District of Columbia and on the brief and the supplement thereto filed by appellant. *See* Fed. R.App. P. 34(a)(2); D.C.Cir. Rule 34(j). It is

**ORDERED AND ADJUDGED** that the district court's dismissal of appellant's action without prejudice be affirmed. The district correctly determined appellant's complaint failed to meet the requirements

of Federal Rule of Civil Procedure 8(a). *See Ashcroft v. Iqbal,* 556 U.S. 662, 677–79, 129 S.Ct. 1937, 173 L.Ed.2d 868 (2009).

Pursuant to D.C. Circuit Rule 36, this disposition will not be published. The Clerk is directed to withhold issuance of the mandate herein until seven days after resolution of any timely petition for rehearing or petition for rehearing en banc.

*See* Fed. R.App. P. 41(b); D.C.Cir. Rule 41.